```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PERRIGO COMPANY, et al.         :        CIVIL ACTION
                                :
          v.                    :
                                :
ABBVIE, INC., et al.            :        NO. 20-2132
```

ORDER

AND NOW, this 21st day of October 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants AbbVie Inc., Abbot Laboratories, Unimed Pharmaceuticals, LLC, and Besins Healthcare, Inc. to transfer venue to the United States District Court for the District of New Jersey (Doc. # 19) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.